RECEIVED
JAN - 7 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANNIE LEE LAFLEUR** <br> LA. DOC #600564 <br> VS. | **CIVIL ACTION NO. 6:15-cv-1978** <br><br> **SECTION P** <br><br> **JUDGE DOHERTY** |
| **BURL CAIN, WARDEN** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the instant petition for *habeas corpus* is summarily **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this __7__ day of __January__, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE